**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GARY LEON WEBSTER**                                           **PLAINTIFF**
**ADC #114018**

**v.**                                    **No. 3:22-cv-243-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Corrections**                          **DEFENDANT**

**ORDER**

**1.** Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g.*, *Webster v. Does*, 3:19-cv-59-DPM; *Webster v. Pigg*, 3:19-cv-60-DPM; and *Webster v. Days Inn Motels, Inc.*, 3:19-cv-78-DPM. Nothing in Webster's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His motion to proceed *in forma pauperis*, *Doc. 1,* is therefore denied and his complaint will be dismissed without prejudice.

**2.** If Webster wants to pursue this case, then he must pay the $402 filing and administrative fees and file a motion to reopen the case by 21 October 2022. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

26 September 2022