IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                      PLAINTIFF
ADC #114018

v.                          No. 3:22-cv-243-DPM

DEXTER PAYNE, Director,
Arkansas Department of Corrections                                    DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 September 2022